**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 07-6636**

———————

FREDERICK GIBBS,

Plaintiff - Appellant,

versus

CLIFTON STYRON; JAMES SHINGLETON,

Defendants - Appellees,

and

RALPH THOMAS, Sheriff;

Defendant,

and

CORPORAL HUNTER,

Defendant.

———————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh. Louise W. Flanagan, Chief
District Judge. (5:04-ct-00422-FL)

———————

Submitted: August 23, 2007          Decided: August 29, 2007

———————

Before WILLIAMS, Chief Judge, and WILKINS and HAMILTON Senior
Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

Fredrick Gibbs, Appellant Pro Se.   Norwood Pitt Blanchard, III, CRANFILL, SUMNER & HARTZOG, LLP, Wilmington, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Fredrick Gibbs appeals the district court's order and judgment denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Gibbs v. Thomas</u>, No. 5:04-ct-00422-FL (E.D.N.C. Apr. 9, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>